**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE GREAT LAKES DREDGE & DOCK CORPORATION SECURITIES LITIGATION | No. 1:13-cv-02115<br>Honorable Charles R. Norgle, Sr. |

**NOTICE OF UNOPPOSED MOTION TO EXTEND PAGE LIMIT**

To:  All Counsel of Record

PLEASE TAKE NOTICE that on Friday, October 11, 2013, at 9:30 am or as soon thereafter as counsel may be heard, Defendants, through their counsel, will appear before the Honorable Charles R. Norgle, Sr. or any judge sitting in his stead in Courtroom 2341, Everett McKinley Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Unopposed Motion To Extend Page Limit.

Dated: October 2, 2013

Respectfully Submitted,

*/s/ Walter C. Carlson*
Walter C. Carlson (No. 3122257)
Hille R. Sheppard (No. 6226077)
John M. Skakun III (No. 6297636)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
T: (312) 853-7000
F: (312) 853-7036
wcarlson@sidley.com
hsheppard@sidley.com
jskakun@sidley.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

John M. Skakun III, an attorney, hereby certifies that on October 2, 2013, he caused a true and correct copy of the foregoing document to be filed electronically using the CM/ECF system, which will send notice of this filing to counsel of record for Plaintiffs.

> ***/s/ John M. Skakun III***
> SIDLEY AUSTIN LLP
> One South Dearborn
> Chicago, IL 60603