IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED UNION ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 13 CV 2115 ) |
| v. | ) Hon. Charles R. Norgle ) |
| GREAT LAKES DREDGE & DOCK CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Defendants' Motion to Dismiss Amended Complaint [36] is denied. Hearing and extensive argument on the matter was held on September 24, 2014. The Court considered Defendants' fully briefed motion—Memorandum in Support of Defendants' Motion to Dismiss the Amended Complaint [37], Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint [43], and Reply Memorandum in Support of Defendants' Motion to Dismiss the Amended Complaint [44]—as well as the extensive oral argument in rendering its decision. The parties shall submit an agreed written discovery plan within twenty-one days.

ENTER:

*/s/ Charles Norgle*
_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 24, 2014