IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED UNION ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 13 CV 2115 |
| v. | ) ) | Hon. Charles R. Norgle |
| GREAT LAKES DREDGE & DOCK CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Defendants' Motion to for Reconsideration [49] is granted. Ruling on Defendants' Motion to Dismiss Amended Complaint [36] by mail. Parties are not required to appear on Friday, October 3, 2014.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: October 1, 2014