**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE GREAT LAKES DREDGE & DOCK CORPORATION SECURITIES LITIGATION | CASE NO. 1:13-CV-02115<br>Honorable Charles R. Norgle, Sr. |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on June 12, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles Norgle, or any Judge sitting in his stead, in Courtroom 2341 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Unopposed Motion of Lead Plaintiff United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 ("Local No. 8") for entry of an order: (1) preliminarily approving the Stipulation of Settlement dated May 26, 2015; (2) certifying the Class for settlement purposes; (3) approving the form and method for providing notice of the Settlement to Class Members; and (4) scheduling a Fairness Hearing.

This unopposed motion is based upon the Stipulation of Settlement and all Exhibits attached thereto, the Memorandum of Law in Support of the Unopposed Motion for Preliminary Approval of Settlement, as well as all other pleadings and matters of record, and other such matters and arguments as the Court may consider.

Dated: June 2, 2015

**LASKY & RIFKIND, LTD.**

By: */s/ Norman Rifkind*

Norman Rifkind
Amelia S. Newton
351 West Hubbard Street, Suite 401
Chicago, IL 60654
Tel:  (312) 634-0057
Fax:  (312)634-0059

*Liaison Counsel for Lead Plaintiff*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
Brandon T. Grzandziel
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Tel:  (561) 394-3399

1

2

Fax: (561) 394-3082

*Lead Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of June, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

*/s/ Norman Rifkind*
Norman Rifkind